UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REBERTO TEJADA,

Plaintiff,

*-against-*

SOCIAL SECURITY ADMINSITRATION, WILLIAM ORTIZES, *and* JOHN DOE,

Defendants.

**ORDER**

26-cv-07096 (ER)

RAMOS, D.J.:

Plaintiff Reberto Tejada[1] filed this action *pro se* against the Social Security Administration, William Ortizes, and John Doe on August 18, 2026. Doc. 1. On August 25, 2026, the Court granted plaintiff's application to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. Doc. 6. On October 27, 2026, defendants filed a letter requesting the Court vacate plaintiff's IFP status and dismiss the action without prejudice. Doc. 12. Specifically, defendants argue that plaintiff in this action appears to be the same plaintiff in *Reberto Almonta Tejada v. Commissioner Social Security, et al.*, Civil Action No. 1:26-cv-03509-JAV (S.D.N.Y. June 6, 2026),[2] which the Court dismissed pursuant to a bar order in *Molina v. U.S. Security Associate Inc.*, No. 08-cv-6376-CM (S.D.N.Y. Feb. 17, 2009) (enjoining "plaintiff from filing any new action in this court, against any party, unless he both (1) obtains leave of court, and (b) pays the filing fee."). Magistrate Judge Willis directed plaintiff to respond to defendants' request by November 2, 2026. Doc. 14. November 2 has passed without plaintiff's response.

[1] Plaintiff has consistently spelled his name Reberto Tejada in his filings to this Court. Docs. 1, 2, 4.

[2] In *Tejada*, No. 26-cv-03509, plaintiff indicated that he had changed his name to Reberto Almonta Tejada from the name Jose Luis Molina and did not otherwise dispute that he was the same person who was barred in *Molina*, 08-cv-6376.

Accordingly, because plaintiff has not disputed that the bar applies to him, the Court directs the Clerk of Court to add to the docket that plaintiff Reberto Tejada is "also known as Reberto Almonta Tejada and Jose Luis Molina."

Because Plaintiff is barred from proceeding IFP, and he has not shown any reason why the bar should not apply to him, the Court revokes the August 25, 2026 order granting IFP. The Clerk of Court is respectfully directed to vacate the order granting IFP. Doc. 6.

The Court dismisses the action without prejudice pursuant to the bar order in *Molina*, No. 08-cv-6376, because plaintiff has not paid the filing fees or sought leave of court to file this action. The Clerk of Court is respectfully directed to close the case.

Plaintiff continues to be barred from filing any further actions in this court, whether under the name Reberto Tejada, Reberto Almonta Tejada, Jose Luis Molina or any other name, unless he pays the filing fees and obtains permission from the court to file this action.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

It is SO ORDERED.

Dated: November 18, 2026
New York, New York

EDGARDO RAMOS
United States District Judge